# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00567-CV

**In re Thomas Ritchie McBride**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Thomas Ritchie McBride has filed a petition for writ of mandamus, complaining of the validity of the indictment against him and of the trial court's failure to rule on a petition for writ of habeas corpus. *See* Tex. R. App. P. 52. Having reviewed the petition and its attachments, we deny the petition for writ of mandamus. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Filed: August 31, 2016